Official Form 17
(12/04)

# United States Bankruptcy Court

## Southern District Of New York

| | |
|---|---|
| In re:<br><br>MARKETXT HOLDINGS CORP., a/k/a<br>T CORP TECHNOLOGIES, LLC,<br>TRADESCAPE CORP. AND<br>TRADESCAPE.COM, INC.,<br><br>　　　　　　　　Debtor. | Case No. 04-12078 (ALG) |
| ALAN NISSELSON, as Chapter 11<br>Trustee of MarketXT Holdings Corp., and<br>The Official Committee of Unsecured Creditors,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>RAUF ASHRAF,<br>　　　　　　　　Defendant. | Adv. No. 05-01268 (ALG) |

### NOTICE OF APPEAL

Rauf Ashraf ("the defendant") appeals under 28 U.S.C. § 158(a) or (b) and pursuant to Fed. R. A. P. 3, the defendant hereby provides notice to the Court and plaintiffs that he intends to, and hereby does, lodge an appeal in the above captioned matter.

This appeal is from the "Final Judgment and Order", dated November 9, 2007, allowing the Plaintiffs' Motion for Summary Judgment as to the "Collar Transactions",

and from any and all adverse orders from which an appeal may lodge, and is intended to preserve each and every right to seek reversal of the aforesaid Final Judgment and Order available under the Rules of Procedure, the Law and the Constitution of the United States.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

ALAN NISSELSON, as Chapter 11
Trustee of MarketXT Holdings Corp.,
   by his attorney,
Howard Simon, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, New York 10019
(212) 237-1000

*And*

The Official Committee of Unsecured Creditors
      by their attorney,
Lester Kirshenbaum, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
(212) 836-8000

*Plaintiffs*

RAUF ASHRAF,
    *PRO SE*
Rauf Ashraf,
74 Regent Circle
Brookline, MA 02445

*Defendants*

Dated: November 16, 2007

Signed: _____
Rauf Ashraf, *PRO SE*

*[handwritten: by RSS after verbal authorization]*

Attorney Name: _____*PRO SE*_____

Address: _____74 Regent Circle_____

_____Brookline, MA 02445_____

Telephone No: _____(617) 290-6556_____

    If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

    *If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*