**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Gary G. Pelletier (GP-5459)
DENNER♦PELLEGRINO, LLP
4 Longfellow Place, 35th Floor
Boston, Massachusetts 02114
Tel:   (617) 227-2800
Fax:   (617) 973-1562

| | |
|---|---|
| RAUF ASHRAF, | |
|     Appellant | |
| v. | Docket No. 08-cv-06935 |
| ALAN NISSELSON and OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | |
|     Appellees. | |

**NOTICE OF APPEARANCE**

Kindly enter the appearance of Gary G. Pelletier as attorney of record on behalf of the appellant, Rauf Ashraf, in the above-captioned matter.

Dated: August 14, 2008
      Boston, MA

Respectfully submitted,
RAUF ASHRAF
By and through their attorneys,

 /s/ *Gary G. Pelletier*
Gary G. Pelletier (GP-5459)
DENNER♦PELLEGRINO, LLP
4 Longfellow Place, 35th Floor
Boston, Massachusetts 02114
Tel:   (617) 227-2800
Fax:   (617) 973-1562
gpelletier@dennerpellegrino.com

Certificate of Service

I, Daniel C. Reilly, hereby certify that on this the 14th day of August 2008, I caused a true copy of the foregoing *Notice of Appearance*, to be served electronically upon all parties registered with ECF for this matter.

/s/ *Daniel C. Reilly*
Daniel C. Reilly