*UNITED STATES BANKRUPTCY COURT*
*SOUTHERN DISTRICT OF NEW YORK*
------------------------------------------------------------X
*In re:* **Marketxt Holdings Corp.**
------------------------------------------------------------X
*Alan Nisselson,* As Chapter 11 Trustee , *and Official*
Committee of Unsecured Creditors,
      Plaintiffs,
          v.
Rauf Ashraf,
      Defendant.
------------------------------------------------------------X

FROM:  KATHLEEN FARRELL-WILLOUGHBY, CLERK
           UNITED STATES BANKRUPTCY COURT
           SOUTHERN DISTRICT OF NEW YORK

TO:     J.MICHAEL MCMAHON, CLERK
           UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF NEW YORK

*ORDER OF DISMISSAL*
*FOR*
*FAILURE TO PROSECUTE*
*BANKRUPTCY APPEAL*

08-CV-6935 BSJ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/08 dc

IN RE: **Marketxt Holdings Corp.**           BANKRUPTCY CASE: **05-1268A (ALG)**
DATE OF FILING NOTICE OF APPEAL: 11/19/2007

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed file a Designation of Items to be Included in the Record as required by:

    X_ FRBP 8006
    ___ Federal Rules of Civil Procedure (Rule _____)
    ___ 28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
    ___ Rule 8007-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:  **August 4, 2008**                                         Kathleen Farrell-Willoughby, Clerk
           New York, New York                             U.S. Bankruptcy Court, SDNY

Internal Control #: 352                                         By: _____
                                                                      Deputy Clerk

### ORDER

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated _August 13, 2008_
      New York, New York                                  Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____                       J.Michael McMahon , Clerk
                                                                       District Court, SDNY

                                                                         By: _____
                                                                            Deputy Clerk