**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, NY 10019
Howard L. Simon (hsimon@windelsmarx.com)
Regina Griffin (rgriffin@windelsmarx.com)

*Counsel for Alan Nisselson, Distribution Agent and Responsible Officer*
*Of Chapter 11 Debtor MarketXT Holdings Corp, et. al., Appellee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------------------------ x
In re                                                              :
                                                                   :
EMPYREAN INVESTMENT FUND, LP,                                      :
EMPYREAN GENERAL PARTNER, LLC, ASH                                 :
MASTER FUND II, LLC, ASH MASTER FUND,                              :
LP, ASH FUND, LP, f/k/a ASH CAPITAL                                :
MANAGEMENT. ASH GENERAL PARTNER,                                   :
LLC, ASH OFFSHORE FUND, LTD, ASH                                   :
GENERAL PARTNER OFFSHORE, LTD, et al.                              :
                                                                   :    Docket No. 08-cv-06935 BSJ
              Appellants                                           :
                                                                   :
v.                                                                 :
                                                                   :
ALAN NISSELSON AND OFFICIAL                                        :
COMMITTEE OF UNSECURED CREDITORS,                                  :
                                                                   :
              Appellees                                            :
------------------------------------------------------------------ --- x

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE, that the undersigned hereby appears as counsel for the

Appellees, as of the date hereof and requests service of all notices and documents herein upon:

WINDELSMARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, NY 10019
Howard L. Simon
Regina Griffin
Email: (hsimon@windelsmarx.com)
(rgriffin@windelsmarx.com)

{10470333:1}

Dated:     New York, New York
           August 19, 2008

                                    Respectfully submitted,

                                    WINDELS MARX LANE & MITTENDORF LLP

                                    /s/ Howard L. Simon
                                    Howard L. Simon (hsimon@kayescholer.com)
                                    Regina Griffin (rgriffin@kayescoler.com)
                                    156 West 56th Street
                                    New York, NY 10019
                                    Telephone:    (212) 237-1000
                                    Facsimile:    (212) 262-1215
                                    *Counsel for Alan Nisselson,*
                                    *Distribution Agent and Responsible Officer,*
                                    *Appellee*

## Certificate of Service

I, Tracy E. Heston, hereby certify that on this 19th day of August 2008, I caused a true copy of the foregoing Notice of Appearance, to be served electronically upon all parties listed in the ECF System for this matter.

                                    /s/ Tracy E. Heston
                                    TRACY E. HESTON